IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DECOREY PITTS,                          :
                                        :
            Petitioner,                 :        CIVIL ACTION
                                        :
      v.                                :        NO.  09-4443
                                        :
RAYMOND M. LAWLER, et. al.,             :
                                        :
            Defendants.                 :

## ORDER

AND NOW, this 15th day of October, 2010, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), Respondent's  Answer to the Petition for Writ of Habeas Corpus, New Matter, and Memorandum in Opposition to the Petition for Writ of Habeas Corpus (Doc. No. 8) , Petitioner's Replies to Memorandum in Opposition to Petition for Writ of Habeas Corpus (Doc. No. 11), the Report and Recommendation of United States Magistrate Judge Perkin (Doc. No. 12), Petitioner's Objections to Proposed Findings of Fact and Recommendations [F.R.C.P. Rule 72(b)] (Doc. No. 16), and Petitioner's Amended Objections to Proposed Findings of Fact and Recommendations [F.R.C.P. Rule 72(b)] (Doc. No. 18), and after an independent review of the pertinent record, it is hereby ORDERED that:

1.    The Report and Recommendation of Magistrate Judge Perkin (Doc. No. 12) is APPROVED AND ADOPTED.

2.    The Petition is DENIED with prejudice and DISMISSED without an evidentiary hearing.

3.    There is no probably cause to issue a certificate of appealability.

                                        BY THE COURT:

                                         /s/ Joel H. Slomsky, J.
                                        JOEL H. SLOMSKY, J.